(106 So. 41)

## PARKER v. GILBERT. (6 Div. 352.)

(Supreme Court of Alabama. Oct. 22, 1925. Rehearing Denied Nov. 19, 1925.)

Appeal and error ⊕1068(3)—Technical errors in receiving or rejecting evidence, or in giving or refusing charges, held without prejudice to defendant.

Where plaintiff in detinue was under undisputed evidence entitled to recover property sued for, or its alternate value, technical errors in receiving or rejecting evidence, or in giving or refusing charges, *held* without prejudice to defendant.

Appeal from Circuit Court, Jefferson County, Bessemer Division; J. C. B. Gwin, Judge.

Detinue by H. A. Gilbert against M. F. Parker. From a judgment for plaintiff, defendant appeals. Transferred from Court of Appeals under Code 1923, § 7326. Affirmed.

Pinckney Scott, of Bessemer, for appellant.

Goodwyn & Ross, of Bessemer, for appellee.

SOMERVILLE, J. The action is in detinue in Code form.

Under the undisputed evidence, plaintiff was entitled to recover the property sued for, or its alternate value, and also the several other items found. Accordingly, if there was technical error in any of the adverse rulings complained of, whether in receiving or rejecting evidence or in giving or refusing charges, it is wholly without influence upon the result, and without prejudice to defendant.

The judgment is affirmed.

ANDERSON, C. J., and THOMAS and BOULDIN, JJ., concur.

---

(106 So. 56)

## Ex parte Oscar HARRIS. (6 Div. 498.)

(Supreme Court of Alabama, Oct. 15, 1925. Rehearing Denied Nov. 19, 1925.)

Certiorari to Court of Appeals.

William M. Adams, of Tuscaloosa, for petitioner.

Harwell G. Davis, Atty. Gen., opposed.

THOMAS, J. Petition of Oscar Harris for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Harris v. State, 106 So. 55.

Writ denied.

ANDERSON, C. J., and SOMERVILLE and BOULDIN, JJ., concur.

---

(106 So. 55)

## Ex parte Walter S. SMITH. (7 Div. 593.)

(Supreme Court of Alabama. Oct. 15, 1925. Rehearing Denied Nov. 19, 1925.)

Certiorari to Court of Appeals.

Walter S. Smith, of Lineville, for petitioner.

Pruet & Glass, of Ashland, and J. J. Cockrell, of Lineville, opposed.

MILLER, J. Petition of Walter S. Smith for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Smith v. Lineville National Bank, 106 So. 54.

Writ denied.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.

---

# MEMORANDA

OF CASES DECIDED DURING THE PERIOD EMBRACED IN THIS VOLUME, WHICH ARE ORDERED NOT TO BE REPORTED IN FULL.

---

(104 So. 916)

ALABAMA POWER CO. v. CITY OF BIRMINGHAM. (6 Div. 331.) (Supreme Court of Alabama. May 21, 1925.) Appeal from Circuit Court, Jefferson County; Romaine Boyd, Judge.

PER CURIAM. Appeal dismissed by agreement.

---

(104 So. 916)

J. A. ALEXANDER, Adm'r, v. J. E. LIVINGSTON et al. (3 Div. 676.) (Supreme Court of Alabama. May 14, 1925.) Appeal from Circuit Court, Autauga County; George F. Smoot, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.